

# NUMBER 13-14-00675-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

EDGAR GARCES DIAZ,                                                 **Appellant,**

**v.**

THE STATE OF TEXAS,                                                **Appellee.**

### On appeal from the 357th District Court
### of Cameron County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Order Per Curiam**

This cause is before the Court on the record and appellant's brief. Appellant's brief was filed on July 24, 2015, and appellant has requested oral argument. To date, the State has not filed a brief. This case involves a capital murder conviction and contemplates legal sufficiency, suppression, sentencing, and jury charge issues which

warrant a response from the State.  The Court, having fully examined the record and appellant's brief hereby ORDERS the State to file its brief with this Court on or before November 9, 2015.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of September, 2015.